TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Eric Hise*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Eric Hise, | Case No.: 2:16-cv-03233-SPL |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT WELLS FARGO BANK N.A., ONLY** |
| Wells Fargo Bank N.A., a national banking association; and Nissan Motor Acceptance Corporation, a California corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Wells Fargo Bank, N.A., in the above-captioned case have reached a settlement. The parties anticipate

1

filing a Stipulation of Dismissal with Prejudice as to Defendant Wells Fargo Bank, N.A., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: December 2, 2016     KENT LAW OFFICES

By: /s/ Trinette G. Kent
Trinette G. Kent
Attorneys for Plaintiff,
Eric Hise

2